United States Department of Justice
Office of the United States Trustee
110 N. College Avenue, Suite 300
Tyler, Texas 75202
(903) 590-1450; Fax (903) 590-1461

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In Re § | | |
| § | | |
| Bentley Premier Builders, LLC § | | Case No. 13-41940 |
| 6800 LaBelle Court § | | |
| Plano, TX 75024 § | | |
| COLLIN-TX § | | |
| Tax ID / EIN: 74-3223419 § | | Chapter 11 |
| § | | |
| Debtor § | | |
| § | | |

**APPLICATION TO APPROVE APPOINTMENT OF CHAPTER 11 TRUSTEE**

**NOTE: SUSPENSE LANGUAGE NOT REQUIRED[1]**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE PRESIDING:

COMES NOW the United States Trustee ("U.S. Trustee"), in the above-numbered and caption bankruptcy case ("Case"), and files this his Application to Approve Appointment of Chapter 11 Trustee ("Application") pursuant to 11 U.S.C. § 1104(c) and Fed. R. Bankr. P. 2007.1(C), and in support thereof would show the Court as follows:

1. On September 26, 2013, the Court issued its order directing the appointment of a chapter 11 trustee in this Case.

2. On October 3, 2013, the U.S. Trustee filed his Second Notice of Appointment of Mr. Jason Searcy as the chapter 11 trustee for this estate.

---

[1] The requested relief does not require approval after notice and hearing. *See* Fed. R. Bankr. P. 2007.1(C); Local Bankruptcy Rule 9007(a).

**Application to Approve Appointment of Chapter 11 Trustee – Page 1 of 4**

3. Prior to the appointment of Mr. Searcy, the U.S. Trustee consulted with the following parties-in-interest:

- Mr. Urbach, counsel for the Debtor,
- Mr. Levick, counsel for parties-in-interest in the Case, and
- Ms. Worsham, counsel for secured creditor and interest holder in Case

4. To the best knowledge of the undersigned representative of the U.S. Trustee, Mr. Searcy has disclosed all of his connections with the debtor, creditors, any other parties-in-interest, their respective attorneys and accountants, the U.S. Trustee and all persons employed by the U.S. Trustee, in the unsworn declaration ("Declaration") attached hereto as exhibit "1". Based on such Declaration, the undersigned believes and represents that Mr. Searcy is in all ways eligible to serve as a chapter 11 trustee for this estate.

5. The chapter 11 trustee's bond was set at $600,000.

WHEREFORE, PREMISES CONSIDERED, the U.S. Trustee respectfully requests this Court to issue its order approving the appointment of Mr. Searcy as the chapter 11 trustee for this estate.

Dated:  October 29, 2013    Respectfully submitted,

William T. Neary
United States Trustee
Region 6

By:    */s/ Marc Salitore*
Timothy W. O'Neal
Asst. U.S. Trustee, SBOT 15283350
Marcus F. Salitore
Trial Attorney, SBOT 24029822
110 N. College Avenue, Suite 300
Tyler, Texas 75702
(903) 590-1450; Fax (903) 590-1461

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 III E to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than October 30, 2013.

*/s/ Marc Salitore*
Marcus F. Salitore

**Notices of Appearance**
Laura Worsham
Jones, Allan, et al.
8828 Greenville Avenue
Dallas, Texas 75243

Lee Gordon
McCreary, Veselka, et al.
P.O. Box 1269
Round Rock, Texas 78680

Phillip Collins
7557 Rambler Rd., Ste. 930
Dallas, TX 75231

Andrea Sheehan
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, TX 75205

Laurie Spindler Huffman
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 Bryan Street, Ste 1600
DALLAS, TX 75201

**Application to Approve Appointment of Chapter 11 Trustee – Page 3 of 4**

David McCall
GAY, McCALL, ISAACKS, GORDON & ROBERTS, P.C.
777 East 15th Street
Plano, Texas 75074


Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

**Matrix Follows:**

**Application to Approve Appointment of Chapter 11 Trustee – Page 4 of 4**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 13-41940<br>Eastern District of Texas<br>Sherman<br>Tue Oct 29 15:29:47 CDT 2013 | Capital Distributing, Inc.<br>P. O. Box 560825<br>Dallas, TX 75356-0825 | AT&T Mobility<br>P. O. Box 6463<br>Carol Stream, IL 60197-6463 |
| Accountemps<br>Division of Robert Half International<br>Attn: Karen Lima<br>PO Box 5021<br>San Ramon, CA 94583-9128 | David Adams<br>c/o Larry A. Levick/Michelle E. Shriro<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5376 | Advent Air Conditioning, Inc.<br>500 S. Kealy St.<br>Lewisville, TX 75057-4106 |
| Ari-Tex, LLC<br>606 Central Expressway North<br>Allen, TX 75013-1535 | BMC<br>P. O. Box 202815<br>Dept. 28151<br>Dallas, TX 75320-2815 | Bentley Premier Builders, LLC<br>6800 LaBelle Court<br>Plano, TX 75024-7587 |
| Britton Tuma<br>The Shops at Legacy<br>7161 Bishop Rd., Suite 220<br>Plano, TX 75024-3651 | C&B Woodworking<br>304 Millstone Dr.<br>Wylie, TX 75098-4770 | C. A. Nelson Architects<br>P. O. Box 702467<br>Dallas, TX 75370-2467 |
| COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>C/O GAY MCCALL ISAACKS ET AL<br>777 E 15TH ST<br>PLANO TX 75074-5799 | Don Chiles<br>c/o Larry A. Levick/Michelle E. Shriro<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5376 | City of Frisco<br>Linebarger Goggan Blair & Sampson,LLP<br>c/o Laurie Spindler Huffman<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201-2644 |
| City of Frisco<br>P. O. Box 2730<br>Frisco, TX 75034-0051 | City of Plano<br>c/o David Ritter<br>City of Plano - Legal Dept.<br>P. O. Box 860358<br>Plano, TX 75086-0358 | Cliff's Pest Control<br>3000 Custer Road<br>Suite 270-346<br>Plano, TX 75075-4422 |
| CoServ Gas<br>Attn: Revenue Recovery<br>7701 Stemmons<br>Corinth, TX 76210 | Collin County Tax Assessor<br>PO Box 8046<br>McKinney, TX 75070-8046 | Collin County Tax Assessor<br>c/o David McCall<br>777 E. 15th St.<br>Plano, TX 75074-5799 |
| Philip D. Collins<br>Philip Collins & Associates, P.C.<br>7557 Rambler Road, Suite 930<br>Dallas, TX 75231-4142 | County of Denton<br>c/o Lee Gordon<br>PO Box 1269<br>Round Rock, TX 78680-1269 | County of Denton<br>c/o Lee Gordon<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269 |
| DalTile<br>P. O. Box 209058<br>Dallas, TX 75320-9058 | Dallas Builders Association<br>5816 W. Plano Parkway<br>Plano, TX 75093-4636 | Dallas North Builders Hardware<br>6709 Levelland Rd.<br>Dallas, TX 75252-5941 |
| Dallas-PWD, Inc.<br>P. O. Box 203651<br>Dallas, TX 75320-3651 | Denton County Tax Assessor/Collector<br>P. O. Box 90223<br>Denton, TX 76202-5223 | EZ Wall<br>P. O. Box 150067<br>Dallas, TX 75315-0067 |

| | | |
|---|---|---|
| Elite Stone Works, LLC, Inc.<br>4001 Milano Drive<br>Plano, TX 75093-7077 | Ferguson Enterprises<br>Attn: Mandi Albright<br>2683 W. Euless Blvd.<br>Euless, TX 76040-6613 | Ferguson Enterprises, Inc.<br>2683 W. Euless Blvd.<br>Euless, TX 76040-6613 |
| Garage Door Services of Houston, Inc.<br>2212 Commerce Dr.<br>Arlington, TX 76011-6613 | Garland Insulating, Ltd.<br>P. O. Box 550368<br>Dallas, TX 75355-0368 | Glasshouse<br>P. O. Box 192449<br>Dallas, TX 75219-8520 |
| Gloria's Cleaning Service<br>2208 Great Bear Lane<br>Denton, TX 76210-2977 | Go Daddy.com<br>14455 N. Hayden Rd., #219<br>Scottsdale, AZ 85260-6947 | Sandy Golgart<br>c/o Kimberly Sims/John T. Palter<br>Palter Stokley Sims Wright PLLC<br>8115 Preston Road, Suite 600<br>Dallas, TX 75225-6342 |
| (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | Laurie Spindler Huffman<br>Linebarger, Goggan, Blair & Sampson<br>2323 Bryan St., Suite 1600<br>Dallas, TX 75201-2644 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| J&L July Roofing, Inc.<br>P. O. Box 742663<br>Dallas, TX 75374-2663 | Lindy D. Jones<br>Jones, Allen Fuquay, L.L.P.<br>8828 Greenville Ave.<br>Dallas, TX 75243-7143 | K&S<br>1409 S. Jupiter<br>Garland, TX 75042-7716 |
| Karen Misko, Trustee for the Morgan Michelle<br>c/o Larry A. Levick/Michelle E. Shriro<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5376 | Jason Michael Katz<br>Hiersche, Hayward, Drakeley & Urbach, PC<br>15303 Dallas Parkway, Suite 700<br>Addison, TX 75001-4610 | Kiva Kitchen & Bath<br>2651 Fondren Drive<br>Dallas, TX 75206-4125 |
| Kiva Kitchen & Bath<br>7071 Southwest Frwy<br>Houston, TX 77074-2007 | Lee Lighting<br>Lockbox 1949<br>Hicksville, NY 11802-1949 | Larry A. Levick<br>Singer & Levick, P.C.<br>16200 Addison Rd.<br>Suite 140<br>Addison, TX 75001-5376 |
| Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, PC<br>4411 N. Central Expressway<br>Dallas, TX 75205-4210 | Bill Loughborough<br>c/o Larry A. Levick/Michelle E. Shriro<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5376 | Teresa Loughborough<br>c/o Larry A. Levick/Michelle E. Shriro<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5376 |
| Manuel's Pool Service<br>106 Rose Ln.<br>Frisco, TX 75034-9123 | Mark Powell<br>Frisco, TX | Mark Smith Custom Homes, Inc.<br>c/o Larry A. Levick/Michelle E. Shriro<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5376 |
| David McCall<br>Gay, McCall, Isaacks, et al<br>777 East 15th Street<br>Plano, TX 75074-5799 | McKinney Lumber Company<br>P. O. Box 190<br>Melissa, TX 75454-0190 | Metro Brick & Stone<br>2184 Joe Field<br>Dallas, TX 75229-3255 |

Michael S. Mitchell
DeMarco-Mitchell, PLLC
1255 West 15th Street
805
Plano, TX 75075-7225

Mitchell, Lockhart & Associates
17480 Dallas Pkwy., Ste. 211
Dallas, TX 75287-7304

North American Stone Company
P. O. Box 2300
McKinney, TX 75070-8168

Timothy W. O'Neal
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

John T. Palter
Palter Stokley Sims Wright PLLC
8115 Preston Road, Suite 600
Dallas, TX 75225-6342

Peckham Custom Builders, Ltd.
c/o Larry A. Levick/Michelle E. Shriro
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001-5376

Mark Pitts
c/o Larry A. Levick/Michelle E. Shriro
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001-5376

Phillip M Pourchot
c/o Laura L. Worsham
Jones, Allen & Fuquay LLP
8828 Greenville Ave.
Dallas, TX 75243-7143

ProTrade Credit Services
P. O. Box o105525
Atlanta, GA 30348-5525

RRC Plumbing
601 Isleworth Lane
McKinney, TX 75070-2764

Reliable Plumbing Contractors
2509 Franklin Dr.
Mesquite, TX 75150-4805

ResCom Fire Systems, Inc.
P. O. Box 630886
Irving, TX 75063-0137

Roome Land Surveying, Inc.
2000 Avenue G
Suite 810
Plano, TX 75075

Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702-7231

Sandy Golgart
6800 LaBelle Court
Plano, TX 75024-7587

Jason Searcy
Chapter 11 Trustee
for Bentley Premier Builders, LLC
Searcy & Searcy P.C.
446 Forest Square
Longview, TX 75605-4401

Jason R. Searcy
P. O. Box 3929
Longview, TX 75606-3929

Andrea Sheehan
Law Offices of Robert E. Luna
4411 N. Central Expressway
Dallas, TX 75205-4210

Shields, Britton & Fraser, P.C.
16301 Quorum Drive
Addison, TX 75001-6937

Kimberly Marie Johnson Sims
PALTER STOKLEY SIMS WRIGHT PLLC
Preston Commons East
8115 Preston Road
Suite 600
Dallas, TX 75225-6342

Sovreign Bank
17950 Preston Road
Suite 500
Dallas, TX 75252-4641

Stanford Trucking
P. O. Box 1403
Frisco, TX 75034-0024

Starside LLC
c/o Laura L. Worsham
Jones, Allen & Fuquay LLP
8828 Greenville Ave.
Dallas, TX 75243-7143

TXU
P. O. Box 650700
Dallas, TX 75265-0700

TXU Energy Retail Company LLC
CO Bankruptcy Department
PO Box 650393
Dallas TX  75265-0393

The Imperial Agency, Inc. Insurance
6444 Sackett St., A 21
Philadelphia, PA 19149-3140

The Nelrod Company
3109 Lubbock Avenue
Fort Worth, TX 76109-2325

The Phillip M. Pourchot Revocable Trust
c/o Laura L. Worsham
Jones, Allen & Fuquay LLP
8828 Greenville Ave.
Dallas, TX 75243-7143

The Phillip M. Pourchot Revocable Trust
c/o Lindy D. Jones
Jones, Allen & Fuquay, LLP
8828 Greenville Avenue
Dallas, TX 75243-7143

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

| | | |
|---|---|---|
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United Texas Bank<br>c/o Philip D. Collins & Associates, P.C.<br>Attn: Philip D. Collins<br>7557 Rambler Road, Suite 930<br>Dallas, TX 75231-4142 | United Texas Bank<br>12222 Merit Drive, Suite 100<br>Dallas, TX 75251-2282 |
| Gerald P. Urbach<br>Hiersche, Hayward, Drakeley & Urbach<br>15303 Dallas Parkway, Suite 700<br>Addison, TX 75001-4610 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | Vent Tech<br>P. O. Box 940745<br>Plano, TX 75094-0745 |
| Ventura Construction<br>P. O. Box 536231<br>Grand Prairie, TX 75053-6231 | Verizon<br>P. O. Box 33078<br>Saint Petersburg, FL 33733-8078 | Viosca Architects, Ltd.<br>8000 Warren Parkway<br>Bldg. #1, #100<br>Frisco, TX 75034-2231 |
| Wilson Plywood & Door, Inc.<br>P. O. Box 461546<br>Garland, TX 75046-1546 | Laura L. Worsham<br>Jones, Allen & Fuquay<br>8828 Greenville Avenue<br>Dallas, TX 75243-7143 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Lee Gordon
McCreary Veselka Bragg & Allen, PC
PO Box 1269
Round Rock, TX 78665

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Advent Air Conditioning, Inc.<br>500 S. Kealy St.<br>Lewisville, TX 75057-4106 | (d)Ari-Tex, LLC<br>606 Central Expressway North<br>Allen, TX 75013-1535 | (d)BMC<br>P. O. Box 202815<br>Dept. 28151<br>Dallas, TX 75320-2815 |
| (d)Britton Tuma<br>The Shops at Legacy<br>7161 Bishop Rd., Suite 220<br>Plano, TX 75024-3651 | (d)C&B Woodworking<br>304 Millstone Dr.<br>Wylie, TX 75098-4770 | (d)C. A. Nelson Architects<br>P. O. Box 702467<br>Dallas, TX 75370-2467 |
| (d)Capital Distributing, Inc.<br>P. O. Box 560825<br>Dallas, TX 75356-0825 | (d)City of Frisco<br>Linebarger Goggan Blair & Sampson,LLP<br>c/o Laurie Spindler Huffman<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201-2644 | (d)Collin County Tax Assessor<br>PO Box 8046<br>McKinney, TX 75070-8046 |

(d)EZ Wall
P. O. Box 150067
Dallas, TX 75315-0067

(d)Glasshouse
P. O. Box 192449
Dallas, TX 75219-8520

(d)K&S
1409 S. Jupiter
Garland, TX 75042-7716

(d)RRC Plumbing
601 Isleworth Lane
McKinney, TX 75070-2764

(d)ResCom Fire Systems, Inc.
P. O. Box 630886
Irving, TX 75063-0137

(d)Shields, Britton & Fraser, P.C.
16301 Quorum Drive
Addison, TX 75001-6937

(d)Sovreign Bank
17950 Preston Road
Suite 500
Dallas, TX 75252-4641

(d)Ventura Construction
P. O. Box 536231
Grand Prairie, TX 75053-6231

(d)Viosca Architects, Ltd.
8000 Warren Parkway
Bldg. #1, #100
Frisco, TX 75034-2231

End of Label Matrix
Mailable recipients   100
Bypassed recipients    18
Total                 118