Jason R. Searcy
SBN 17953500
Joshua P. Searcy
SBN 24053468
Callan C. Searcy
SBN 24075523
SEARCY & SEARCY, P.C.
P. O. Box 3929
Longview, Texas 75606
Tel. 903/757-3399
Fax. 903/757-9559
Counsel for Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BENTLEY PREMIER BUILDERS, LLC | § | CASE NO. 13-41940 |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |

**ORDER GRANTING MOTION FOR TURNOVER OF PROPERTY TO THE ESTATE**

**ON THIS DAY CAME ON TO BE CONSIDERED** the Trustee's Motion For Turnover of Property to the Estate (the "Motion") filed by Jason R. Searcy, Chapter 11 Trustee (the "Trustee"). The Motion has been properly served as required by LBR 2014 and no objection to the Motion has been timely filed by any party. Upon review of the Motion, it appears to the Court that the relief requested is in the best interests of the debtor's estate and should be granted.. Accordingly, it is

X:\Files\Cases\Bentley Premier Builders,LLC  #13-41940\Ch 11 - #13-41940\Pleadings\Motion
for Turnover from HHDU\Motion for Turnover.proposed order.wpd

Page 1 of 2

**ORDERED** that the Motion is **GRANTED;** Hiersche, Hayward, Drakeley & Urbach, P.C. are ordered and directed to immediately turnover and deliver to the Trustee the sum of $58,427.98.

X:\Files\Cases\Bentley Premier Builders,LLC  #13-41940\Ch 11 - #13-41940\Pleadings\Motion for Turnover from HHDU\Motion for Turnover.proposed order.wpd

Page 2 of 2